IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MITCHELL RYAN POND,<br><br>    Defendant. | 4:19CR03136<br><br>**ORDER** |

Defendant has moved to suppress items found during the search of an attic/crawl space accessible from his residence. (Filing No. 26). Defendant argues this search exceeded the scope permitted under the search warrant. For the court's review of this motion, and to determine if a hearing is needed,

IT IS ORDERED:

1) On or before April 13, 2020, defense counsel shall file a copy of signed warrant at issue, along with the warrant application with attached affidavit and the warrant return.

2) Since defense counsel's brief includes, and the documents to be filed under paragraph 1 of this order may include, home addresses of non-parties:

    a. The clerk shall restrict access to defense counsel's brief, (Filing No. 27); and

    b. Defense counsel shall file the warrant application, warrant and warrant return under restricted access.

Dated this 6th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge