IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL RYAN POND,<br><br>Defendant. | 4:19CR3136<br><br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Cheryl R. Zwart on June 11, 2020 (Filing 41). Judge Zwart recommends that Defendant's motion to suppress (Filing 26) be denied in its entirety.

No objections have been filed to the findings and recommendation, and the matter is now ripe for decision under 28 U.S.C. § 636(b)(1).

I find and conclude after de novo review that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted, and Defendant's motion will be denied in its entirety.

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (Filing 41) are adopted.

2. Defendant's motion to suppress (Filing 26) is denied in its entirety.

Dated this 1st day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge